DISTRICT OF MASSACHUSETTS

U.S. Department of Justice
United States Courthouse

UNITED STATES

v.

Javan Tooley and Herbert Jones

## DRUG AFFIDAVIT OF Keri L. LaBelle

I, Keri L. LaBelle do hereby depose and state the following:

1. I am employed by the Massachusetts Department of State Police as a Forensic Scientist I in the Drug Unit. I currently work at the Massachusetts State Police (MSP) Crime Laboratory, located at 59 Horse Pond Road, Sudbury MA. I received a Bachelor of Science degree in Biochemistry from Suffolk University, and a Masters in Biomedical Forensic Science from Boston University. I have been employed with this department since February 2013.

2. The Massachusetts Department of State Police Forensic Services Group, Drug Unit follows MSP standard operating procedures for Drug testing, reporting and quality assurance. The MSP Forensic Services Group is accredited by the American Society of Crime Laboratory Directors Laboratory Accreditation Board (ASCLD / LAB) [ISO/IEC 17025 and enhanced by ASCLD/LAB-*International* Supplemental Requirements].

3. I have examined and analyzed the substances contained in the Items which were submitted for analysis in laboratory number 12-123641.

4. In my opinion, the substances referred to herein as Item 1 have been identified as follows:

    a. Identity: Cocaine Base
    b. Also detected in each analyzed item: Levamisole/Tetramisole
    c. Net weight of tested material: 0.08 grams
    d. All items were visually consistent

The above opinion is based on the following instrumental analyses:



    a.  Ultraviolet/Visible Spectroscopy
    b.  Fourier Transform Infrared Spectroscopy
    c.  Gas Chromatography/Mass Spectrometry

5. In my opinion, the substances referred to herein as Item 2 have been identified as follows:

    a.  Identity: Cocaine Base
    b.  Also detected in each analyzed item: Levamisole/Tetramisole
    c.  Net weight of tested material: 0.22 grams
    d.  All items were visually consistent.

The above opinion is based on the following instrumental analyses:

    a.  Ultraviolet/Visible Spectroscopy
    b.  Fourier Transform Infrared Spectroscopy
    c.  Gas Chromatography/Mass Spectrometry

Signed under the pains and penalties of perjury, this 11th day of February 2014.

_[signature]_

Keri L. LaBelle
Forensic Scientist I
Massachusetts State Police Forensic Services Group

**Commonwealth of Massachusetts**

**Middlesex, ss.**

On this __12__ day of __February 2014__, before me, the undersigned notary public, personally appeared __Keri L. LaBelle__, proved to me through satisfactory evidence of identification, which was a Massachusetts State Police ID, to be the person whose name is signed on this document and acknowledged to me that they signed it voluntarily for its stated purpose as a custodian of records for the State Police Crime Laboratory System.

_[signature]_
Signature

CLAIRE L. RIMKUS
Notary Public
Massachusetts
Commission Expires Jun 12, 2020

COPY

*Affidavit of Keri L. LaBelle*      *Page 2 of 2*


Case 1:10-cr-10157-DJC   Document 49   Filed 02/19/14   Page 3 of 4

# The Commonwealth of Massachusetts
## Department of State Police

**DEVAL L. PATRICK**
GOVERNOR

**ANDREA J. CABRAL**
SECRETARY

**COLONEL TIMOTHY P. ALBEN**
SUPERINTENDENT

Forensic Services Group
59 Horse Pond Road
Sudbury, Massachusetts 01776
Telephone (508) 358-3110 Facsimile (508) 358-3111

## DRUG ANALYSIS REPORT

| | | | |
|---|---|---|---|
| **Laboratory Case Number:** | 12-123641 | **Date:** | November 26, 2013 |
| **Defendant or Suspect:** | Javan Tooley and Herbert Jones | **Agency Case Number:** | 100-037-065 |
| **Agency:** | Boston Police Department (BOS) | **Date of Incident:** | January 21, 2010 |
| **Case Officer:** | Sergeant Detective Keenan #10652 | **Date Submitted:** | October 04, 2013 |

I hereby certify that the following items:

Heat-sealed plastic bag containing:

Item 1] off-white "rock" powder, loose and in the knotted plastic bag, in the two heat-sealed plastic bags in the heat-sealed plastic bag (1) labeled "B10-01266".
Item 2] off-white "rock" powder in the 30 plastic bags in the heat-sealed plastic bag (2) labeled "B10-01267" (with the empty plastic bag labeled "Booking Area").

**Have been examined with the following results:**

Items 1 and 2 were found to contain Cocaine, a derivative of coca leaves, and a Class B Controlled Substance as defined under Chapter 94C, Section 31 of the General Laws. Levamisole/Tetramisole was also detected. NOTE: The Cocaine was present in the base form. Four of the 31 bags and the loose powder were weighed and tested. The weight of the tested powder was 0.31 grams. The weight of the remaining 27 bags, including packaging, was 5.22 grams. These Items were previously examined at the William A. Hinton State Laboratory Institute.

Keri L. LaBelle
Forensic Scientist I
keri.labelle@massmail.state.ma.us
Massachusetts State Police Forensic Services Group





This report reflects the test results, conclusions, interpretations, and/or the findings of the analyst as indicated by the signature above.
Page 1 of 2
*Excellence In Service Through Quality Forensic Science*

COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss.

Keri L. LaBelle, whom I know to be an Analyst of the Massachusetts Department of State Police Forensic Services Group, appeared before me and affirmed the above to be the results made on Laboratory Number 12-123641.

**Sworn and subscribed to before me this** _____ **day of** _____, _____.

_____
Notary Public

---

Chapter 22C, Section 39

A certificate by an Analyst of the department of the result of an analysis made by him of a drug furnished him by a member of the state police, signed and sworn to by such Analyst, shall be prima facie evidence of the composition, quality and when appropriate, net weight of any mixture containing such drug.

---

*Excellence In Service Through Quality Forensic Science*